UNITED STATES DISTRICT COURT
For the
District of Colorado

SANDRA J. STEUWER )
AND SEAN STEUWER, Plaintiffs )
)
) Civil Action No. 08-CV-01748-
) 2LW-BNB
v. )
)
BARRY M. JENCSON )
AND THE UNITED STATES OF AMERICA, )
Defendants. )

## AMENDED COMPLAINT

1.) Statement of Jurisdiction: One of the Defendants in this action is the United States of America.

2.) On August 19, 2005, in El Paso County, Colorado, at the intersection of Hancock Expressway and S. Circle Dr. Defendant, Barry Jencson negligently and carelessly drove his motor vehicle thus colliding with the rear of Plaintiff's vehicle.

3.) Upon information and belief, Defendant Jencson, at the time the incident occurred was in the course and scope of his official duties as an employee of the Department of Defense. Therefore, the negligence of Defendant Jencson is imputed to and is the responsibility of the Defendant The United States of America.

4.) As a direct and proximate result of Defendants' carelessness and negligence, the Plaintiff sustained physical injuries, lost wages and income, suffered physical and mental pain, permanent disability, incurred significant medical expenses, and other out of pocket losses.

5.) At the time of the accident and at all times relevant Sandra Steuwer and Sean Steuwer were married. As a result of Sandra Steuwer's injuries, Sean Steuwer has sustained a loss of consortium.

WHEREFORE, Plaintiffs asks that this Court enter judgment against Defendants for $1,001,912.93 plus costs.

Respectfully submitted this 21st day of August, 2008.

> HEUSER & HEUSER, L.L.P.
> *Original duly signed and on file at Heuser & Heuser, L.L.P.*
>
> /s/Gordon J. Heuser
> GORDON J. HEUSER, #14744
> Attorney for Plaintiffs
> 625 North Cascade, Suite 300
> Colorado Springs, Colorado 80903
> Telephone: (719) 520-9909

Address of Plaintiffs:
545 Gilcrest Road
Colorado Springs, CO 80906