IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01748-ZLW-BNB

SANDRA J. STEUWER, and
SEAN STEUWER,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER

---

This matter comes before the Court on Defendant United States' Motion To Dismiss Plaintiff Sean Steuwer's Claim (Doc. No. 14). Plaintiffs confess the motion.[1] Accordingly, it is

ORDERED that Defendant United States' Motion To Dismiss Plaintiff Sean Steuwer's Claim (Doc. No. 14; Nov. 21, 2008) is granted and Plaintiff Sean Steuwer's loss of consortium claim is dismissed without prejudice pursuant to Fed. R. Civ. P. 12(b)(1). It is

---

[1] Confession To Def. United States' Mot. To Dismiss Pl. Sean Steuwer's Claim (Doc. No. 16; Dec. 5, 2008).

FURTHER ORDERED, that, in the future, the case caption shall be amended to reflect the dismissal of Plaintiff Sean Steuwer.

DATED at Denver, Colorado, this 12th day of December, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court